| | |
|---|---|
| 1 | NIVEA OQUENDO, ALL RIGHTS RESERVED — U.C.C. 1-207, U.C.C. 1-207/4. U.C.C.1-308, |
| 2 | U.C.C.1-103.6, Natural Person IN FULL LIFE, SUI JURIS, IN PROPRIA PERSONA |
| 3 | 2114 Alice Ave. Apt 201 |
| 4 | Oxon Hill, Maryland 20746 |
| 5 | 240-600-2959 |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 NOV 28  P 3: 47
CLERK'S OFFICE
AT GREENBELT
BY BC _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

NIVEA OQUENDO, ALL RIGHTS RESERVED — U.C.C. 1-207, U.C.C. 1-207/4 U.C.C.1-308, U.C.C.1-103.6, Natural Person IN FULL LIFE, SUI JURIS, IN PROPRIA PERSONA, PRO SE,

Plaintiff, Claimant

VS,

Civil Action No.    DKC 12 CV 3507

PLAZA RECOVERY INC.
PAUL BRENNAN, CEO
370 7TH AVE., STE. 1500
NEW YORK, NEW YORK 10001

Defendant, Respondent

## COMPLAINT

### PRELIMINARY STATEMENT

1. This is an action for damages brought from violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.*

### JURISDICTION

2. The jurisdiction of this Court is conferred by Title 15 U. S. C. §1681p.

### FACTUAL ALLEGATIONS

3. On February 15, 2011, Defendant initiated a credit inquiry of Plaintiff's credit report from TRANSUNION without permissible purpose.

## COUNT I

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 WILLFUL NON-COMPLIANCE BY DEFENDANT PLAZA RECOVERY INC., DEBT COLLECTOR

3. Plaintiff is a consumer within the meaning of the FCRA, Title 15 U.S.C. §1681a(c).

4. PLAZA RECOVERY INC. INC., is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

5. PLAZA RECOVERY INC., willfully violated the FCRA.

6. Defendant's violations include, but are not limited to, the following:

(a) PLAZA RECOVERY INC., willfully violated Title 15 U.S.C. §1681b (f) by obtaining Plaintiffs consumer report without a permissible purpose as defined by Title 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 a Month from the date of credit pull against consumer credit report.

PLAZA RECOVERY INC., are liable for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Title 15 U.S.C. §1681n.

## COUNT II

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), Title 15 U.S.C. §1681 NEGLIGENT NON-COMPLIANCE BY DEFENDANT PLAZA RECOVERY INC., DEBT COLLECTOR

6. Plaintiff is a consumer within the meaning of the FCRA, Title 15 U. S.C. §1681a(c).

7. PLAZA RECOVERY INC., DEBT COLLECTOR is a furnisher of information within the meaning of the FCRA, Title 15 U.S.C. §1681s-2.

8. PLAZA RECOVERY INC., negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) PLAZA RECOVERY INC., negligently violated Title 15 U.S.C. §1681b (f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by Title 15 U.S.C. §1681b.

**WHEREFORE,** Plaintiff demands judgment for damages in the amount of $1,000 a month from the date of credit pull against consumer credit report. PLAZA RECOVERY INC., (DEBT COLLECTOR) are liable for actual damages, and attorney's fees and costs, pursuant to Title 15 U.S.C. § 1681o.

### RELIEF

**WHEREFORE,** Plaintiff demands judgment for damages against PLAZA RECOVERY INC., in the amount of $30,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Title 15 U.S.C. §1681n (a) (3) and Title 15 U.S.C. §16810 (a)

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues as a matter of law.

Respectfully submitted this 28th day of December, 2012.

X _Nivea E. Oquendo all rights Reserved_

NIVEA ——————————————— OQUENDO, ALL RIGHTS RESERVED — U.C.C. 1-207, U.C.C. 1-207/4. U.C.C.1-308, U.C.C.1-103.6, Natural Person IN FULL LIFE, SUI JURIS, IN PROPRIA PERSONA, PRO SE, 2114 Alice Ave., Apt 201 Oxon Hill, Maryland 20746
240-600-2959



3